IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHI HO, | NO. 5:26-CV-00825-WLH-PVC |
| Petitioner, | JUDGMENT |
| v. | |
| KRISTI LYONS, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus ("Petition"), Judgment is entered in favor of Petitioner on the Petition.

DATED: April 7, 2026



_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE